FILED

2008 Aug-05  PM 01:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **TINA ANDERSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 2:08-CV-1048-VEH** |
| ) | |
| **FIRST NATIONAL COLLECTION** ) | |
| **BUREAU, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

---

### ORDER DISMISSING CASE WITHOUT PREJUDICE

The Plaintiff has filed a Notice of Voluntary Dismissal (doc. 5).  Rule 41(a)(1)

of the Federal Rules of Civil Procedure states that "... an action may be dismissed by

the plaintiff without order of court (i) by filing a notice of dismissal at any time

before service by the adverse party of an answer or of a motion for summary

judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by

all parties who have appeared in the action."  The Defendant in this action has not

filed an answer or filed a motion for summary judgment.

Therefore, this case is **DISMISSED WITHOUT PREJUDICE**, costs taxed

as paid.

**DONE** and **ORDERED** this __ day of August, 2008.

**VIRGINIA EMERSON HOPKINS**
United States District Judge